

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00127-CV

| | | |
|---|---|---|
| IN THE INTEREST OF J.Z., A CHILD | § | On Appeal from the 231st District Court |
| | § | of Tarrant County (231-554628-14) |
| | § | October 25, 2018 |
| | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Father shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mark T. Pittman_____
     Justice Mark T. Pittman